Gus Pihos, appellee, v. Charles H. Stern, appellant. Gen. No. 33,322.

Opinion filed July 3, 1929.
Daniel M. Healy and Clyde L. Todd, for appellant. Richard Hill, Jr. and Marshall E. Gallion, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

Nora Williams, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 33,356.

Opinion filed July 3, 1929.
George W. Miller and Arthur J. Donovan, for appellants; Frank L. Kriete and John E. Kehoe, of counsel. Augustine J. Bowe and William J. Bowe, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

George K. Fiske and Birger Holmes, trading as Glenview Plumbing & Heating Company, appellants, v. Glenview State Bank, appellee. Gen. No. 33,391.

Opinion filed July 3, 1929.
James Hibben and Charles S. Cole, for appellants. Cassels, Potter & Bentley and Arthur R. Wolfe, for appellee; Kenneth B. Hawkins, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Frank J. Gagen, appellee, v. Joseph Thinnes, appellant. Gen. No. 33,404.

Opinion filed July 3, 1929.
Lawlor & Fiedler, for appellant. No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.